# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **WILLIAM M. PICKARD III,** | ) |
| | ) |
| **Plaintiff,** | ) |
| **v.** | ) |
| | ) |
| **HIGHLAND MANOR LTD, et al.,** | ) CASE NO. 2:20-CV-00212-ACA |
| | ) |
| **Defendants.** | ) |

## STIPULATION OF DISMISSAL

COMES NOW the Plaintiff, William M. Pickard, III, by and through his attorney of record, Kenneth James Lay, and pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby gives notice that this case has been settled, and may be accordingly dismissed with prejudice.

Respectfully Submitted:

/s/ Kenneth J. Lay

_____

Kenneth J. Lay (LAY 002)
HOOD & LAY LLC
Attorney for the Plaintiff
1117 South 22nd Street.
Birmingham, AL 35205
(205) 323-4123

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing notice of dismissal upon all parties by electronic filing this the 12th day of April 2021.

/s/ Kenneth J. Lay

_____

Kenneth J. Lay