# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **WILLIAM M. PICKARD, III,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**DEBORAH WREN, et al.** )<br>)<br>**Defendants.** ) | **Case No.: 2:19-cv-00885-ACA** |

_____

| | |
|---|---|
| **WILLIAM M. PICKARD, III,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**HIGHLAND MANOR, LTD, et al.** )<br>)<br>**Defendants.** ) | **Case No.: 2:20-cv-00212-ACA** |

## ORDER

Consistent with the joint stipulation of dismissal filed in case number 2:20-cv-00885-ACA (doc. 96), and the notice of voluntary dismissal filed in case number 2:20-cv-00212-ACA (doc. 22), the court **DISMISSES** these consolidated cases **WITH PREJUDICE.**

The court **DIRECTS** the Clerk to close these cases.

The parties are to bear their own costs, expenses, and attorney's fees.

**DONE** and **ORDERED** this April 22, 2021.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE