IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

FILED
2023 NOV 14 P 2: 36
U.S. DISTRICT COURT
N.D. OF ALABAMA

| | |
|---|---|
| WILLIAM M. PICKARD, III, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 2:19-cv-00885-ACA |
| v. ) | |
| ) | |
| DEBORAH WREN, et al. ) | |
| ) | |
| Defendants. ) | |

| | |
|---|---|
| WILLIAM M. PICKARD, III, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 2:20-cv-00212-ACA |
| v. ) | |
| ) | |
| HIGHLAND MANOR, LTD, et al. ) | |
| ) | |
| Defendants. ) | |

## NOTICE AND MOTION REGARDING BREACH OF SETTLEMENT AGREEMENT

PLAINTIFF William M. Pickard III respectfully gives notice of the breach of the Settlement Agreement in this case. Defendants have violated the confidentiality provision in Paragraph 8 of the Agreement. Defendants agreed to provide only a neutral reference (see Exhibit "A") but have instead given extremely derogatory, blatantly false and highly prejudicial statements with devastating consequences

that include impending loss of home and even the impending loss of the settlement sum paid to him in the settlement.

Accordingly, Plaintiff moves that these cases be reopened for the limited purpose of ascertaining and entering the breach on the record of these cases.

Plaintiff is concomitantly filing a Complaint resulting in part from this breach on even date herewith.

Respectfully submitted on this 10th day of November, 2023.

William M. Pickard III, Pro Se
4825 Clairmont Ave S.
Birmingham, AL 35222
marshall3d@hotmail.com
(205) 586-9055

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing has been served on the Defendant SPM, LLC by placing same in the United States Mail, first class postage prepaid and properly addressed on this 10th day of November, 2023.

William M. Pickard III, Pro Se