FILED

2024 Jan-09  PM 01:22
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **WILLIAM M. PICKARD, III,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No.: 2:19-cv-00885-ACA** |
| **v.** | ) | |
| | ) | |
| **DEBORAH WREN, et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |

_____

| | | |
|---|---|---|
| **WILLIAM M. PICKARD, III,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No.: 2:20-cv-00212-ACA** |
| **v.** | ) | |
| | ) | |
| **HIGHLAND MANOR, LTD, et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

Plaintiff William M. Pickard III has filed a motion to reopen these two consolidated cases because he alleges defendants have violated the settlement agreement. 2:19-cv-00885-ACA (doc. 98); 2:20-cv-00212-ACA (doc. 26). The court does not retain jurisdiction over settled matters because settlement agreements are contracts and may be adjudicated in courts with jurisdiction over the contract. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1281 (11th Cir. 2012).

Accordingly, the court **DENIES** the motion to reopen these consolidated cases.

**DONE** and **ORDERED** this January 9, 2024.

_____

**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE